IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| THE TRAVELERS HOME AND | ) | |
| MARINE INSURANCE COMPANY | ) | |
| | ) | |
| v. | ) | No. 3:05-1056 |
| | ) | JUDGE CAMPBELL |
| STATE FARM MUTUAL | ) | |
| INSURANCE COMPANY, ET AL. | ) | |

ORDER

Pending before the Court is Motion to Dismiss (Docket No. 19) filed by Defendants Alex Bozeman and Theresa Bozeman ("Defendants"). For the reasons stated in the accompanying Memorandum, Defendants' Motion (Docket No. 19) is DENIED.

IT IS SO ORDERED.

*/s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE